# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:14-mj-0061 CMK

Gerald Mokma

**ORDER TO PAY**

SOCIAL SECURITY #: ~~___~~
DATE OF BIRTH: ~~___~~
DRIVER'S LICENSE #: ~~___~~
ADDRESS: ~~___~~
~~CITY     STATE     ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 1-27-15

_____
DEFENDANT'S SIGNATURE

3 years summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING: as to Count 4

(X) Fine: $ 2,490 oc  and a penalty assessment of $ 10 oc  for a TOTAL AMOUNT OF: $ 2,500 oc  within ~~___ days/months~~; or payments of $ 200 oc per month, commencing  2-1-15  and due on the  first  of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
X  3 year exclusion from Whiskeytown Ntl Recreation Area.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~PO BOX 70939~~
~~CHARLOTTE, NC 28272-0939~~

~~CLERK, USDC~~
~~2500 TULARE ST., RM. 1501~~
~~FRESNO, CA 93721-1322~~

**CLERK, USDC**
**501 I STREET, STE. 4-200**
**SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-27-15

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3